

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-26-00434-CV

———————————————————

IN RE SHAWN OLALI, Relator

---

Original Proceeding
County Criminal Court No. 3 of Denton County, Texas
Trial Court No. CR-2025-01234-D

---

Before Kerr, J.; Sudderth, C.J.; and Bassel, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and emergency motion for temporary relief and is of the opinion that relief should be denied. The court has considered relator's motion for leave to proceed in forma pauperis and is of the opinion that relief should be granted. Accordingly, relator's petition for writ of mandamus and emergency motion for temporary relief are denied and relator's motion for leave to proceed in forma pauperis is granted.

Per Curiam

Delivered: July 6, 2026